IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No.: 1:14-CV-21297-COOKE/TORRES

SANDRA COLON

       Plaintiff,

-v-

NATIONSTAR MORTGAGE, LLC;
FEDERAL NATIONAL MORTGAGE ASSOCIATION;
CITIMORTGAGE, INC.; SHAPIRO, FISHMAN
& GACHE, LLP,

       Defendants.

_____/

## NOTICE OF DISMISSAL AS TO DEFENDANT RACHEL HYMAN, ESQ.

PLEASE TAKE NOTICE that Plaintiff SANDRA COLON ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to RACHEL HYMAN only.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

    (a) Voluntary Dismissal.

        (1) By the Plaintiff.

           (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant RACHEL HYMAN has yet to be served and has therefore yet to answer Plaintiff's Amended Complaint or file a motion for summary judgment. Additionally, Plaintiff has not made any claims against Defendant Rachel Hyman in Plaintiff's Amended Complaint filed on June 27, 2014. Accordingly, this matter may be dismissed as against RACHEL HYMAN without prejudice and without an Order of the Court.

Respectfully submitted this 29th day of July, 2014

   /s/ Jennie G. Farshchian, Esq.
Jennie G. Farshchian, Esq.
FL Bar No. 89793
Jurado & Farshchian, P.L.
12955 Biscayne Blvd. Suite 328
North Miami, Florida 33181
Telephone: (305)921-0440
Facsimile: (305)921-0438
Jennie@jflawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2014 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.

   /s/ Jennie G. Farshchian, Esq.
Jennie G. Farshchian, Esq.

## SERVICE LIST

Eric S. Matthew, Esq.
Fla. Bar No. 0026539
Jeffrey A. Trinz, Esq.
Fla. Bar No. 0265683
AKERMAN LLP
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
Telephone: 305.374.5600
Facsimile: 305.374.5095
E-Mail: eric.matthew@akerrnan.com
E-Mail: Jeffrey.trinz@akerman.com

William P. Heller, Esq.
Florida Bar Number: 987263
AKERMAN LLP
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 3330 I
Telephone: 954.759.8945
Facsimile: 954.463.2224
Email: William.heller@akerman.com

*Counsel for Defendants Nationstar Mortgage, LLC, CitiMortgage, Inc., and Fannie Mae*

Ileen J. Cantor, Esq.
Fla. Bar. No. 977128
Ronald Gache, Esq.
Fla. Bar No. 699306
Shapiro, Fishman & Gache LLP
2424 N. Federal Highway, Suite 360
Boca Raton, FL 33431
E-mail: rgache@logs.com
E-mail: icantor@logs.com

*Counsel for Defendant Shapiro, Fishman & Gache, LLP*