IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


CASE No.: 1:14-CV-21297-COOKE/TORRES

SANDRA COLON

       Plaintiff,

-v-

NATIONSTAR MORTGAGE, LLC;
FEDERAL NATIONAL MORTGAGE ASSOCIATION;
CITIMORTGAGE, INC.; SHAPIRO, FISHMAN
& GACHE, LLP,

       Defendants.

_____/


## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO COUNT V AGAINST FANNIE MAE


Plaintiff Sandra Colon pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, notifies the Court that it voluntarily dismisses without prejudice Count Five (FDUPTA) of the Amended Complaint (D.E. 12) as to Defendant Federal National Mortgage Association ("Fannie Mae") only. Fannie Mae has not answered the Amended Complaint or moved for summary judgment on any of the claims asserted therein. Therefore, dismissal of Count Five as to Defendant Fannie Mae is permitted by Fed. R. Civ. P. 41 (a)(1)(A)(i) without a Court Order.

Respectfully submitted this 22nd day of August, 2014.

   /s/ Jennie G. Farshchian, Esq.

Jennie G. Farshchian, Esq.
FL Bar No. 89793
Jurado & Farshchian, P.L.
12955 Biscayne Blvd. Suite 328
North Miami, Florida 33181
Telephone: (305)921-0440
Facsimile: (305)921-0438
Jennie@jflawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.

   /s/ Jennie G. Farshchian, Esq.
Jennie G. Farshchian, Esq.

## SERVICE LIST

Eric S. Matthew, Esq.
Fla. Bar No. 0026539
Jeffrey A. Trinz, Esq.
Fla. Bar No. 0265683
AKERMAN LLP
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
Telephone: 305.374.5600
Facsimile: 305.374.5095
E-Mail: eric.matthew@akerrnan.com
E-Mail: Jeffrey.trinz@akerman.com

William P. Heller, Esq.
Florida Bar Number: 987263
AKERMAN LLP
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 3330 I
Telephone: 954.759.8945
Facsimile: 954.463.2224
Email: William.heller@akerman.com

*Counsel for Defendants Nationstar Mortgage, LLC, CitiMortgage, Inc., and Fannie Mae*

Ileen J. Cantor, Esq.
Fla. Bar. No. 977128
Ronald Gache, Esq.
Fla. Bar No. 699306
Shapiro, Fishman & Gache LLP
2424 N. Federal Highway, Suite 360
Boca Raton, FL 33431
E-mail: rgache@logs.com
E-mail: icantor@logs.com

*Counsel for Defendant Shapiro, Fishman & Gache, LLP*