UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-21297-Civ-COOKE/TORRES

SANDRA COLON,

    Plaintiff,

vs.

SHAPIRO, FISHMAN & GACHÉ, LLP,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

THIS MATTER is before me on Defendant, Shapiro, Fishman & Gaché, LLP's, Motion to Dismiss with Prejudice (ECF No. 36). Having reviewed Defendant's Motion to Dismiss, Plaintiff's Response to Defendant's Motion to Dismiss with Prejudice (ECF No. 49), the relevant legal authority, and argument of counsel at the September 11, 2014 Motion Hearing, it is hereby **ORDERED and ADJUDGED** that Defendant, Shapiro, Fishman & Gaché, LLP's, Motion to Dismiss with Prejudice is **GRANTED in part and DENIED in part** for the reasons stated in open Court. Plaintiff's Amended Complaint (ECF No. 12) is **DISMISSED** *without prejudice*, with leave to amend.

Plaintiff shall have twenty (20) days from the entry of this Order to amend the Amended Complaint in conformity with the ruling made in open Court. Failure to do so will result in the dismissal of the Amended Complaint with prejudice.

**DONE and ORDERED** in chambers at Miami, Florida, this 16th day of Septemberi t 2014.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*